```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

                        21 Cr. 295-5 (AT)

STANISLAV TUNKEVIC,
                        **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

      The status conference scheduled for November 9, 2022, is ADJOURNED to **November 15, 2022,** at **3:20 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: November 9, 2022
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge