```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2022

-against-

STANISLAV TUNKEVIC,

Defendant.

21 Cr. 295-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for February 14, 2023, is ADJOURNED *sine die*. The Court shall hold a change of plea hearing on **December 13, 2022,** at **1:20 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 30, 2022
New York, New York

ANALISA TORRES
United States District Judge