```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

21 Cr. 295-5 (AT)

STANISLAV TUNKEVIC,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

The change of plea hearing scheduled for December 13, 2022, is ADJOURNED to **December 14, 2022,** at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: December 1, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge