UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STANISLAV TUNKEVIC,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2023_

21 Cr. 295-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's request for an extension dated February 24, 2023. ECF No. 195. Defendant's letter misstates the sentencing date. The sentencing is scheduled for **March 28, 2023**, at **2:20 p.m.**, and Defendant's submission is due two weeks before that hearing. *See* ECF No. 190. Accordingly, Defendant's request for an extension is DENIED without prejudice to renewal.

    SO ORDERED.

Dated: February 27, 2023
       New York, New York

ANALISA TORRES
United States District Judge