USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/14/2023___

**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

MEMBER OF THE BAR       TEL. (212) 686-8111
NEW YORK      FAX. (212) 202-7800
     E-MAIL: rpalma177@gmail.com

March 13, 2023

ECF FILED

The Honorable Analisa Torres, U.S.D.J.
United States District Court
500 Pearl Street Courtroom 15D
New York, N.Y. 100601

**Re:   U.S. v. Stanislav Tunkevic, Dkt. No. 21 CR 295 (AT)**
       **Defense Requests a Two-Day Extension to File a Sentencing Memorandum.**

Dear Judge Torres:

     I respectfully request a 2-day extension to file Mr. Stanislav Tunkevic's sentencing submission which is due on Tuesday, March 14th. Considering that Mr. Tunkevic's final PSR was disclosed on Tuesday, March 7th, which gave me only a week to schedule a visit with him at the Essex County Correctional Center, I was unable, given my other obligations, to schedule a meeting until this Wednesday, March 15th. For this reason, I ask Your Honor to extend the filing date to Thursday, March 16th.

     If there are any questions, I am available immediately by cellular phone 917-751-5754.

     Thank you.

     GRANTED.

     SO ORDERED.

Dated: March 14, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge