USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/28/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                        :

UNITED STATES OF AMERICA           **ORDER OF JUDICIAL REMOVAL**
                                        :

      v.                               Criminal Docket No. S1 21 Cr. 295 (AT)
                                        :

STANISLAV TUNKEVIC,
                                        :

                Defendant.
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Upon the application of the United States of America, by Sarah Lai, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of STANISLAV TUNKEVIC (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

       1.     The defendant is not a citizen or national of the United States.

       2.     The defendant is a native and citizen of the Republic of Lithuania ("Lithuania").

       3.     On or about March 25, 2022, the defendant was paroled into the United States at or near New York, NY.

       4.     At the time of sentencing in the instant criminal proceeding, the defendant was convicted in the United States District Court, Southern District of New York, of the following offense: conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349.

       5.     The above-mentioned offense carries a maximum term of 30 years' Imprisonment.

6. The defendant is subject to removal from the United States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended (the "Act"), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as a noncitizen who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; and Section 212(a)(7)(A)(i)(I) of the Act, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under Section 211(a) of the Act.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated the Republic of Lithuania as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment,

promptly upon his sentencing, and that the defendant be ordered removed to the Republic of Lithuania.

Dated: New York, New York
       March  28 , 2023

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE